# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FUNKO, INC. STOCKHOLDER DERIVATIVE LITIGATION | Consol. C.A. No.: 1:20-cv-00947-RGA |

## JOINT STIPULATION AND [PROPOSED] ORDER
## REGARDING TRANSFER OF ACTION

**WHEREAS,** on July 14, 2020, plaintiff Nathan Rubin ("Rubin") filed a stockholder derivative action alleging on behalf of nominal defendant Funko, Inc. ("Funko" or the "Company"), among other things, violations of securities laws, breaches of fiduciary duty, unjust enrichment, and aiding and abetting against the Individual Defendants[1] (Funko, together with the Individual Defendants, are collectively referred to herein as "Defendants"), captioned *Rubin v. Mariotti, et al.*, C.A. No. 1:20-cv-00947-RGA (the "*Rubin* Action");

**WHEREAS,** on July 31, 2020, plaintiff Richard Fletcher (together with Rubin, "Plaintiffs") filed a stockholder derivative action on behalf of nominal defendant Funko, alleging breaches of fiduciary duties, failure to act in good faith, and aiding and abetting against the Individual Defendants, captioned *Fletcher v. Mariotti, et al.*, C.A. 1:20-cv-01031-RGA (the "*Fletcher* Action");

**WHEREAS,** on September 8, 2020, the Court consolidated the *Rubin* Action and the *Fletcher* Action (the "Derivative Action") under the caption *In re Funko, Inc. Stockholder Derivative Litigation*, Consol. C.A. No. 1:20-cv-00947-RGA;

---

[1] "Individual Defendants" refer to Brian Mariotti, Jennifer Fall Jung, Russell Nickel, Gino Dellomo, Michael Lunsford, Charles Denson, Adam Kriger, Ken Brotman, Sarah Kirshbaum Levy, and Diane Irvine.

**WHEREAS,** a related consolidated securities class action involving related claims and defenses, including alleged violations of sections 10(b) and 20(a) of the Securities Exchange Act and Rule 10b-5 promulgated thereunder, is pending in the U.S. District Court for the Central District of California, captioned *Gilberto Ferreira v. Funko, Inc., et al.*, Case No. 2:20-cv-02319-VAP-JPW;

**WHEREAS,** a consolidated derivative action involving claims and defenses, including alleged violations of securities law, breaches of fiduciary duty, and unjust enrichment is pending in the U.S. District Court for the Central District of California, captioned *In re Funko, Inc. Derivative Litigation*, Lead C.A. No. 2:20-cv-03740-VAP-PJW; and

**WHEREAS,** Plaintiffs and Defendants met and conferred and jointly consent to the transfer of the Derivative Action to the U.S. District Court for the Central District of California.

**NOW, THEREFORE,** the parties, through their undersigned counsel, agree and stipulate, subject to the approval of the Court, that the Derivative Action is hereby transferred to the U.S. District Court for the Central District of California.

**IT IS SO STIPULATED.**

Dated: October 30, 2020

Respectfully Submitted,

**DELEEUW LAW LLC**

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, Delaware 19807
(302) 274-2180

*Liaison Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Garam Choe
Alexandra B. Raymond
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 355-4648

*Lead Counsel for Plaintiffs*

**ROBBINS LLP**
Brian J. Robbins
Craig W. Smith
Eric M. Carrino
Emily R. Bishop
5040 Shoreham Place
San Diego, California 92122
Telephone: (619) 525-3990

*Additional Counsel for Plaintiffs and Attorneys for Plaintiff Richard Fletcher*

Dated: October 30, 2020

**RICHARDS, LAYTON & FINGER, P.A.**

 */s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
John M. O'Toole (#6448)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

**LATHAM & WATKINS LLP**
Kevin M. McDonough
Thomas J. Giblin
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200

*Attorneys for Defendants Brian Mariotti, Jennifer Fall Jung, Russell Nickel, Gino Dellomo, Michael Lunsford, Charles Denson, Adam Kriger, Ken Brotman, Sarah Kirshbaum Levy, Diane Irvine, and Funko, Inc.*

**IT IS SO ORDERED.**

DATED: _____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT